IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC, a Delaware limited liability company; and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>A. RANDAL REITZ, an individual; and DEBRA K. REITZ, an individual,<br><br>    Defendants. | 8:09CV203<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion For Leave To Serve By Publication (Filing No. 7).

**IT IS ORDERED** that Plaintiffs' Motion for Leave to Serve by Publication (Filing No. 7) is granted.

DATED this 21st day of July, 2009.

                                          BY THE COURT:

                                          s/Thomas D. Thalken
                                          United States Magistrate Judge