IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHEVRON U.S.A., INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:09CV203 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| A. RANDAL REITZ and | ) | |
| DEBRA K. REITZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."  Further, Fed. R. Civ. P. 4(m) establishes a 120-day time limit for service of process on the defendant in a civil case, absent a showing of good cause.

In this case the complaint was filed on June 22, 2009.  **See** Filing No. 1.  Accordingly, the deadline for service of process expired **on or about October 22, 2009**.  The plaintiffs sought and received leave to serve by publication on July 21, 2009.  **See** Filing No. 10.  However, there is no proof of service of process on either defendant.  Therefore, the plaintiffs must make a showing of service or good cause for the failure of timely service, or the action must be dismissed.  Upon consideration,

**IT IS ORDERED:**

The plaintiffs shall show cause why this case should not be dismissed for failure to prosecute or electronically file proof of service **on or before November 10, 2009**.

Dated this 28th day of October, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge